◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL KENNEDY, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence was of sufficient quantity and quality to establish defendant's guilt of first degree man-

slaughter and to disprove the defense of justification beyond a reasonable doubt, particularly in view of the uncontroverted evidence that defendant stabbed the victim 25 times *(see, People v Bleakley,* 69 NY2d 490; *People v McManus,* 67 NY2d 541, 546-547; *People v King,* 128 AD2d 806). We have reviewed defendant's remaining claims and find them lacking in merit. (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—manslaughter, first degree; criminal possession of weapon, fourth degree.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.